UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

ALFREDO CESPEDES

    Petitioner

    v.       Civ. No. 98-1805 (PG)
UNITED STATES OF AMERICA       (Cr. No. 94-0090 (PG))

    Respondent

### O R D E R

The matter before the Court is the U. S. Magistrate Judge's report and recommendation concerning petitioner Alfredo Cespedes's <u>pro-se</u> motion to vacate his sentence under 28 U.S.C. Section 2255. The court granted petitioner until March 26, 1999, to respond to the magistrate judge's report and recommendation. No response has been filed.

The two grounds raised by petitioner in his motion were duly analyzed by the magistrate judge, who concluded that petioner's claims lack merit. The court agrees with the magistrate judge's analysis and conclusions.

WHEREFORE, the unopposed report and recommendation is hereby **APPROVED and ADOPTED** and for the reasons stated therein petitioner's section 2255 motion is hereby **DENIED.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, October 19, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge

