UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

```
ALFREDO CESPEDES              *
                              *
      Petitioner              *
                              *
   v.                         *    Civ. No. 98-1805 (PG)
                              *    (Cr. No. 94-0090 (PG))
UNITED STATES OF AMERICA,     *
                              *
      Respondent              *
                              *
-------------------------------*
```

## J U D G M E N T

The Court having entered an order approving and adopting the magistrate judge's report and recommendation, and having dismissed petitioner's § 2255 petition, it is hereby

**ORDERED AND ADJUDGED** that the case is **DISMISSED**.

San Juan, Puerto Rico, October 19 , 1999.

*[signature]*
JUAN M. PEREZ-GIMENEZ
U. S. District Judge